IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00080-WYD-MJW

CHANTEL L. BLUNK,

Plaintiff(s),

v.

DR. LYNNE FENTON individually,
DR. LYNNE FENTON as an employee of COLORADO UNIVERSITY,
COLORADO UNIVERSITY,
DOES 1 through 5, inclusive,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's[1] Motion for Reconsideration on Motion to Continue Scheduling/Planning Conference (Docket No. 10) is granted to the extent that the Scheduling Conference set on March 21, 2013, at 10:00 a.m. is VACATED and RESET on May 8, 2013, at 2:00 p.m.  The parties shall file their proposed Scheduling Order on or before May 1, 2013.  Plaintiff shall forthwith obtain a waiver of service or effectuate service on the defendants so that the Scheduling Conference can proceed as scheduled on May 8, 2013.  There is no basis for further delay of this case.

Date: March 15, 2013

---

[1] The court once again notes that the Complaint (Docket No. 1) lists only one plaintiff in the caption (Chantel L. Blunk), with "et al" after the one plaintiff's name, but the Local Rules of this court provide that "Parties shall be listed in a caption with one party per line. . . ."  D.C.COLO.LCivR10.1(J).  Since the original Complaint has not been amended to comply with the Local Rules, the Docket still lists only one plaintiff, Chantel L. Blunk.