IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00080-WYD-MJW

MAXIMUS T. BLUNK,
HAILEY M. BLUNK,

    Plaintiffs,

v.

DR. LYNNE FENTON individually,
DR. LYNNE FENTON as an employee of
UNIVERSITY OF COLORADO,
UNIVERSITY OF COLORADO,
DOES 1 through 5, inclusive,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court on the Motion and Stipulation for Administrative Closure (ECF No. 16), filed May 3, 2013.  By way of background, pending in the Arapahoe County District Court, State of Colorado, is a criminal proceeding involving defendant James Holmes.  Holmes is charged with 142 criminal offenses, including causing the deaths of twelve individuals, including Jonathan Blunk, on July 20, 2012 in Aurora, Colorado.  This is a civil action for damages arising out of those alleged criminal offenses.

In the pending motion, the parties request that I administratively close this case in light of the potential problems related to maintaining this civil diversity case for damages while the Holmes criminal case is pending in the Arapahoe County District Court.  The parties respectfully request that this matter be placed on administrative hold

in order to avoid any conflict or disruption to the criminal proceeding.

After carefully reviewing the file in this matter, I find that relief is warranted for good cause shown by the parties.  This matter will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Motion and Stipulation for Administrative Closure (ECF No. 16), filed May 3, 2013, is **GRANTED.**  This case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  In furtherance of the administrative closure, the parties are ordered to submit joint status reports to the Court every **six months starting December 1, 2013**.  Based upon those status reports, the Court will determine the appropriate future course of action.

Dated:  May 6, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge