UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-00080-WYD-MJW

CHANTEL L. BLUNK,
MAXIMUS T. BLUNK,
HAILEY M. BLUNK,

Plaintiffs,

v.

DR. LYNNE FENTON individually,
DR. LYNNE FENTON as an employee of
UNIVERSITY OF COLORADO,
UNIVERSITY OF COLORADO,
DOES 1 through 5, inclusive,

Defendants.

## JOINT MOTION TO REOPEN PURSUANT TO D.C.COLO.LCivR 41.2 TO FILE PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)

Plaintiff and Defendants jointly request pursuant to D.C.Colo.LCivR 41.2 that the Court reopen Civil Action No. 13-CV-00080-WYD-MJW. This request is for the purpose of allowing plaintiff to file a notice of dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i).

As the Court recalls, this matter was placed on administrative hold (Docket No. 17) on May 6, 2013. The purpose for placing this case on administrative hold stemmed from the pendency of two cases arising from the Aurora theater shootings on July 20, 2012. The two cases, one pending in the state court and the other pending in the United States District Court for the District of Colorado, have recently been concluded.

Here, no answer or motion for summary judgment has been filed by the defendants. Thus, Plaintiff may dismiss her claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has no objection to such a dismissal, and the parties agree that each party shall pay her or its own fees, costs and expenses.

The desire to resolve this case under these circumstances constitutes "good cause" to reopen the case under D.C.Colo.LCivR 41.2.

Accordingly, the parties request that the matter be reopened for the purposes of allowing plaintiff to file a notice of dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i).

Dated this 11 day of August, 2016.

Respectfully submitted,

By s/Nicholus C. Palmer
The Law Firm of Laub & Laub
Nicholus C. Palmer, Esq.
Colorado State Bar #35484
630 E. Plumb Lane
Reno, Nevada 89502
Phone: (775) 333-5282
FAX: (775) 323-3699
Email: nik@lawlaub.biz
*Attorneys for Plaintiffs*

By s/ Richard L. Murray, Jr.
Richard L. Murray, Jr.
S. Jane Mitchell
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: 303.628.3300
FAX: 303.628.3368
Email: Murrayr@hallevans.com
Mitchellj@hallevans.com
*Attorneys for Defendants Lynne Fenton, M.D. and the University of Colorado*