UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-00080-WYD-MJW

CHANTEL L. BLUNK,
MAXIMUS T. BLUNK,
HAILEY M. BLUNK,

Plaintiffs,
v.
DR. LYNNE FENTON individually,
DR. LYNNE FENTON as an employee of
UNIVERSITY OF COLORADO,
UNIVERSITY OF COLORADO,
DOES 1 through 5, inclusive,

Defendants.

**NOTICE OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P 41(1)(a)(A)(i), Plaintiff, Chantel L. Blunk, individually and as the parent of Maximus T. Blunk and Hailey M. Blunk, through her counsel, Nicholus C. Palmer of The Law Firm of Laub & Laub herby dismisses 13-CV-00080-WYD-MJW.

Dated this 11th day of August, 2016.

*s/Nicholus C. Palmer*
The Law Firm of Laub & Laub
Nicholus C. Palmer, Esq.
Colorado State Bar #35484
630 E. Plumb Lane
Reno, Nevada 89502
Phone: (775) 333-5282
FAX: (775) 323-3699
Email: nik@lawlaub.biz
*Attorneys for Plaintiffs*